JUDGE JONES

**08 CV 6417**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -

COLE SYSTEMS ASSOCIATES, INC.,

                               Plaintiff,

-against-                               **PLAINTIFF'S**
                                              **DISCLOSURE STATEMENT**

MUNICIPAL EMERGENCY SERVICES, INC.,

                               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - -

       Plaintiff, by its attorney, Peter M. Levine, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that COLE SYSTEMS ASSOCIATES, INC., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no publicly held corporation owns 10 percent or more of its stock or membership interest.

Dated: New York, New York
       July 17, 2008

                                                _____
                                                PETER M. LEVINE (PML-7630)
                                                Attorney for Plaintiff
                                                420 Lexington Avenue, Suite 2620
                                                New York, New York 10170
                                                212-599-0009