UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COLE SYSTEMS ASSOCIATES, INC.,

                        Plaintiff,

-against-

MUNICIPAL EMERGENCY SERVICES, INC.,

                        Defendant.
------------------------------------------------------------X

Case No. 08-CV-6417

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT   )
                                  : 
COUNTY OF FAIRFIELD     )

    ERIC RUBIN, being duly sworn, deposes and says that he is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 18th day of July, 2008, at approximately 11:25 a.m., deponent served a true copy of the **Summons; Complaint; ECF Rules & Instructions (dated May 28, 2008); the Individual Practices of Judge Jones and Magistrate Judge Peck; Civil Cover Sheet and Rule 7.1 Statement** upon Municipal Emergency Services, Inc. at 75 Glen Road, Sandy Hook, CT 06482 by personally delivering and leaving the same with Jeff Johnson, Vice President of Operations, who is authorized by law to accept service.

    Jeff Johnson is a Caucasian male, approximately 40 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 170 pounds, with black and gray hair.

Sworn to before me this
21st day of July, 2008

_____
ERIC RUBIN

_____
NOTARY PUBLIC, STATE OF CONNECTICUT

**Ksenia V. Rubin**
**NOTARY PUBLIC**
**State of Connecticut**
**My Commission Expires 12/31/12**