UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COLE SYSTEMS ASSOCIATES, INC.     :
                                       :   Case No.:   08-cv-6417 (BSJ)(AJP)
        Plaintiff,     :

  -against-     :

                                       :   **RULE 7.1 STATEMENT**

MUNICIPAL EMERGENCY SERVICES,     :
INC.     :

        Defendant.     :
------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Municipal Emergency Services, Inc. certifies that Municipal Emergency Services, Inc. has no corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

Dated: August 7, 2008
      New York, New York

                                         Respectfully submitted,

                                         THOMPSON HINE LLP
                                         Sunny H. Kim
                                         Amir Shaikh
                                         335 Madison Avenue, 12th Floor
                                         New York, NY 10017
                                         T: 212.344.5680
                                         F: 212.344.6101