UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
COLE SYSTEMS ASSOCIATES, INC.          :
                                       :   Case No.:    08-cv-6417 (BSJ)(AJP)
                Plaintiff,             :
                                       :
        -against-                      :
                                       :
                                       :   **CERTIFICATE OF SERVICE**
                                       :
MUNICIPAL EMERGENCY SERVICES,          :
INC.                                   :
                                       :
                Defendant.             :
-----------------------------------------------------X

      The undersigned hereby certifies that on this 7th day of August 2008, true and correct copies of the foregoing Answer and Counterclaims of Municipal Emergency Services, Inc. and Rule 7.1 Statement were served through the Electronic Case Filing (ECF) system for the Southern District of New York and by first-class mail upon:

    Peter M. Levine, Esq.
    420 Lexington Avenue
    Suite 2620
    New York, New York 10170

_____
Amir Shaikh