UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

COLE SYSTEMS ASSOCIATES, INC.,          :

            Plaintiff,          :          08 Civ. 6417 (BSJ) (AJP)

           -against-          :          ORDER SCHEDULING
                                                                             INITIAL PRETRIAL CONFERENCE

MUNICIPAL EMERGENCY SERVICES, INC.,     :

           Defendant.          :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       IT IS HEREBY ORDERED that a conference is scheduled for August 15, 2008 at 11:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

       Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

       SO ORDERED.

Dated:      New York, New York
              August 11, 2008

                                                            Andrew J. Peck
                                                            United States Magistrate Judge

Copies **by fax & ECF** to:    Peter M. Levine, Esq.
                                       Sunny H. Kim, Esq.
                                       Judge Barbara S. Jones

C:\ORD\Order Scheduling Status Conference