USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
COLE SYSTEMS ASSOCIATES, INC., : Case No.: 08-cv-6417(BSJ)(AJP)
:
Plaintiff, :
:
-against- : **ORDER FOR ADMISSION**
: ***PRO HAC VICE***
MUNICIPAL EMERGENCY SERVICES, : **ON WRITTEN MOTION**
INC., :
:
Defendant. :
------------------------------------------------------x

Upon motion of Amir Shaikh, attorney for Municipal Emergency Services, Inc., and said sponsor's Affidavit in Support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Thomas F. Zych |
| Firm Name: | Thompson Hine LLP |
| Address: | 3900 Key Center |
| | 127 Public Square |
| City/State/Zip: | Cleveland, Ohio  44114 |
| Phone Number: | 216-566-5500 |
| Fax Number: | 216-566-5800 |
| Email address: | thomas.zych@thompsonhine.com |

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: ____9/3____, 2008

_____
Andrew J. Peck
United States Magistrate Judge
Southern District of New York

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York