UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COLE SYSTEMS ASSOCIATES, INC.          :
                                       :    Case No.:    08-cv-6417 (BSJ)(AJP)
            Plaintiff,                 :
                                       :
      -against-                        :
                                       :    **DEFENDANT'S MOTION TO**
                                       :    **ADMIT COUNSEL *PRO HAC VICE***
MUNICIPAL EMERGENCY SERVICES,          :
INC.                                   :
                                       :
            Defendant.                 :
------------------------------------------------------X

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Amir Shaikh, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

   Applicant's Name:    Thomas F. Zych
   Firm Name:           Thompson Hine LLP
   Address:             3900 Key Center, 127 Public Square
   City/State/Zip:      Cleveland, Ohio 44114
   Phone Number:        216-566-5500
   Fax Number:          216-566-5800

   Thomas F. Zych is a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against Thomas F. Zych in any State or Federal court. A Certificate of Good Standing, which has been issued by the Supreme Court of Ohio within the past 30 days, is submitted herewith.

Dated: September 2, 2008
       New York, New York

                                            Respectfully submitted,

                                            By: /s/ Amir Shaikh
                                                Amir Shaikh
                                                Thompson Hine LLP
                                                335 Madison Avenue, 12th Floor
                                                New York, New York 10017
                                                Phone: 212-344-5680
                                                Fax: 212-344-6101

                                            *Attorneys for Defendant Municipal
                                            Emergency Services, Inc.*

# The Supreme Court of Ohio

### CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Thomas Francis Zych

was admitted to the practice of law in Ohio on November 01, 1983; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 27th day of August, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
COLE SYSTEMS ASSOCIATES, INC.

              Plaintiff,

  -against-

MUNICIPAL EMERGENCY SERVICES, INC.

             Defendant.
-------------------------------------------------X

Case No.:   08-cv-6417 (BSJ)(AJP)

**AFFIDAVIT OF AMIR SHAIKH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

AMIR SHAIKH, being duly sworn, hereby deposes and says as follows:

1. I am an associate at the law firm of Thompson Hine LLP and counsel for Defendant in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Thomas F. Zych as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on September 6, 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Zych since 2005.

4. Mr. Zych is a partner at Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114.

5. I believe Mr. Zych to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Mr. Zych is a member in good standing of the Bar of the State of Ohio, according to the certificate of good standing for issued July 25, 2008, by the Supreme Court of Ohio.

7. Accordingly, I am pleased to move for the admission of Mr. Zych, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Mr. Zych, *pro hac vice*, which is attached hereto as Exhibit A.

Respectfully submitted,

_____
Amir Shaikh

Sworn to before me this
2nd day of September, 2008

_____
Notary Public

Doreen Pando
Notary Public, State of New York
No. 01PA5083699
Qualified in New York County
Commission Expires August 18, 2009

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
COLE SYSTEMS ASSOCIATES, INC.,        :     Case No.:     08-cv-6417(BSJ)(AJP)
                                      :
                    Plaintiff,        :
                                      :
       -against-                      :     **ORDER FOR ADMISSION**
                                      :     ***PRO HAC VICE***
MUNICIPAL EMERGENCY SERVICES,         :     **ON WRITTEN MOTION**
INC.,                                 :
                                      :
                    Defendant.        :
---------------------------------------------------x

   Upon motion of Amir Shaikh, attorney for Municipal Emergency Services, Inc., and said sponsor's Affidavit in Support;

IT IS HEREBY ORDERED that:

   Applicant's Name:     Thomas F. Zych
   Firm Name:            Thompson Hine LLP
   Address:              3900 Key Center
                         127 Public Square
   City/State/Zip:       Cleveland, Ohio  44114
   Phone Number:         216-566-5500
   Fax Number:           216-566-5800
   Email address:        thomas.zych@thompsonhine.com

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008


                                            _____
                                            Andrew J. Peck
                                            United States Magistrate Judge
                                            Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COLE SYSTEMS ASSOCIATES, INC.   :
: Case No.:   08-cv-6417 (BSJ)(AJP)
          Plaintiff,   :
:
-against-   :
:
: **CERTIFICATE OF SERVICE**
:
MUNICIPAL EMERGENCY SERVICES,   :
INC.   :
:
          Defendant.   :
------------------------------------------------------X

    The undersigned hereby certifies that on this 2nd day of September 2008, true and correct copies of the foregoing Motion To Admit Counsel Pro Hac Vice and Affidavit Of Amir Shaikh In Support Of Motion To Admit Counsel Pro Hac Vice were served by first-class mail upon:

Peter M. Levine, Esq.
420 Lexington Avenue
Suite 2620
New York, New York 10170

_____
Amir Shaikh